No. 92–8954. IN RE DANN;
No. 92–8982. IN RE HENTHORN;
No. 93–5206. IN RE MORROW;
No. 93–5594. IN RE ANDERSON;
No. 93–5604. IN RE DIAZ-BATISTA; and
No. 93–5632. IN RE LOHR. Petitions for writs of habeas corpus denied.

No. 92–8986. IN RE YOUNG;
No. 92–8987. IN RE WIRS;
No. 92–9112. IN RE WEBBER;
No. 92–9118. IN RE WEBBER;
No. 92–9179. IN RE NKOP;
No. 93–3. IN RE SCHMIDT;
No. 93–5313. IN RE MEADE;
No. 93–5369. IN RE HENTHORN; and
No. 93–5636. IN RE COOPER ET UX. Petitions for writs of mandamus denied.

No. 92–2035. IN RE LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. Motion of respondent Jimmie Wayne Jeffers for leave to proceed *in forma pauperis* granted. Petition for writ of mandamus denied.

No. 93–176. IN RE WHITE;
No. 93–183. IN RE PARKER;
No. 93–235. IN RE HODGE; and
No. 93–5078. IN RE STEEL. Petitions for writs of mandamus and/or prohibition denied.

No. 93–5022. IN RE SPITERI. Petition for writ of prohibition denied.